IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ADAM KNOLL, | Civ. No. 6:25-cv-00671-AA |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| MICHAEL B. WYNHAUSEN;<br>LINDY RAE PYLE; TODD GRAY;<br>KATHY, | |
| Defendants. | |

AIKEN, District Judge:

    Self-represented Plaintiff Adam Knoll sought leave to proceed *in forma pauperis* ("IFP") in this action. On May 13, 2025, the Court denied Plaintiff's IFP request because Plaintiff failed to complete and submit the IFP application. Opinion and Order, ECF No. 6. The Court also dismissed Plaintiff's complaint for failure to provide a clear statement of the claim. *Id.* But the Court granted Plaintiff thirty days to file an amended complaint and warned that "failure to file an amended complaint within [thirty days] will result in entry of a judgment of dismissal without further notice." *Id.*

Nearly three months have elapsed. Plaintiff has neither filed a proper IFP application nor has Plaintiff filed an amended complaint. Accordingly, the Court ORDERS this case DISMISSED. Judgment shall be entered accordingly.

It is so ORDERED and DATED this ___6th___ day of August 2025.

      /s/Ann Aiken
      ANN AIKEN
      United States District Judge